1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER M. RESNIK
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 233634
7     Federal Courthouse, 14th Floor
      312 North Spring Street
8     Los Angeles, California 90012
      Telephone:  (213) 894-6595
9     Facsimile:  (213) 894-7177
10    E-mail: Jennifer.Resnik@usdoj.gov

11 Attorneys for Plaintiff
   United States of America

12

13                 UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                        WESTERN DIVISION

16 | UNITED STATES OF AMERICA,        ) NO. CV 06-5780-SVW (SSx)
                                      )
17 |          Plaintiff,               )
                                      )
18 |     v.                           ) Consolidated with
                                      ) No. CV 06-6094-SVW (SSx)
19 | $74,038.00 IN U.S. CURRENCY,     )
                                      )
20 |          Defendant.               )
   |_____   )
21                                    ) [PROPOSED] CONSENT JUDGMENT OF
   | ADONIS GLADNEY,                  ) FORFEITURE
22                                    )
   |          Claimant.                )
23                                    )
   |_____   )
24                                    )
                                      )
25 | UNITED STATES OF AMERICA,        )
                                      )
26 |          Plaintiff,               )
                                      )
27 |     v.                           )
                                      )
28                                    )
                                      )

                                1

| | |
|---|---|
| ONE SPECIAL CONSTRUCTION LAMBORGHINI DIABLO AND ONE SPECIAL CONSTRUCTION LAMBORGHINI MURCIELAGO, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| ADONIS GLADNEY, | ) ) ) |
| Claimant. | ) ) ) |

This action was filed on September 13, 2006.[1] Notice was given and published in accordance with law. Claimant Adonis Gladney ("Claimant") filed the only claims to the defendant $74,038.00 in U.S. currency (the "defendant currency") and the defendant specially constructed Lamborghini Diablo and specially constructed Lamborghini Murcielago (the "defendant vehicles") (collectively the "defendant property"), which were seized on or about April 19, 2006. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimant have reached an agreement that is dispositive of the action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

**WHERE, IT IS ORDERED, ADJUDGED AND DECREED:**

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

---

[1] United States v. One Special Construction Lamborghini et al., CV 06-06094-SVW (SSx) was filed on September 25, 2006, and was consolidated with the above-titled action for all purposes on May 5, 2008.

    B.    The Complaints for Forfeiture each state a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

    C.    Notice of this action has been given in accordance with law. All potential claimants to the defendant property other than Claimant are deemed to have admitted the allegations of each of the Complaints. The allegations set out in the Complaints are sufficient to establish a basis for forfeiture.

    D.    The United States of America shall have judgment as to $71,538.00 of the defendant currency, together with all interest earned by the government on that portion of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States of America will use a portion of the $71,538.00 to satisfy the money judgment against Claimant in <u>United States v. Adonis Gladney</u>, CR 08-00686-RHW-1 in full.

    E.    $2,500.00 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to Claimant. Said payment shall be subject to applicable federal law. The defendant vehicles shall be returned to Claimant or his designee in the Central District of California by the United States Marshals Service. Claimant is responsible for transporting the defendant vehicles from the custody of the United States Marshals Service.

    F.    Claimant has released the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's

fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by claimant of any liability or wrongdoing.

    G.    The court finds that there was reasonable cause for the seizure of the defendant property and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 6/30/14

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: June 23, 2014

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: June ___, 2014

ADONIS GLADNEY
Claimant

4

fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by claimant of any liability or wrongdoing.

    G. The court finds that there was reasonable cause for the seizure of the defendant property and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _____   _____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: June ___, 2014   ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: June 19, 2014   _/s/ Adonis Gladney_____
ADONIS GLADNEY
Claimant